FILED
OCT 2 5 2019
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BETTER BUSINESS SYSTEMS, INC., AVITUS DENTAL MANAGEMENT SOLUTIONS, INC., and AVITUS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ELEVATE BILLINGS SOLUTIONS, LLC, MICHAEL STIBBINS, LEANNA SAUERLENDER and JOHN DOES 1-10, <br><br> Defendants. | CV 19-90-BLG-SPW <br><br> ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the telephonic preliminary pretrial conference presently set for Friday, December 6, 2019 at 9:30 a.m. is **VACATED** and **RESET** for **Friday, December 6, 2019 at 9:00 a.m.**, **changing the time of the preliminary pretrial conference only.**

1

The conference will be conducted in accordance with Fed. R. Civ. P. 16 and 26(f) and Local Rules 16.1, 16.2, and 26.1. Counsel may appear telephonically by following these steps:

    A.    Dial: 1-877-336-1828
    B.    Enter access code: 5803070#
    C.    Press: #
    D.    Speak your name at the tone

DATED this 24th day of October, 2019.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge