IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BETTER BUSINESS SYTEMS, INC., AVITUS DENTAL MANAGEMENT SOLUTIONS, INC., AND AVITUS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ELEVATE BILLING SOLUTIONS LLC, MICHAEL STIBBINS, LEANNA SAUERLENDER, AND JOHN DOES 1-10, <br><br> Defendants. | Cause No.: CV 19-90-BLG-SPW <br><br> **ORDER OF DISMISSAL WITH PREJDUCE** |

Pursuant to stipulation and joint motion of all Parties, **IT IS ORDERED** that this cause shall be and hereby is dismissed with prejudice, as fully settled upon the merits, in accordance with the settlement agreement of the Parties, each Party to bear his, her, or its costs, fees, and litigation expenses.

DATED this 30th day of January, 2020.

Hon. Susan P. Watters
U.S. District Court Judge

1